UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>THOMAS E UTHE and JODIE L. UTHE<br><br>Debtors. | CHAPTER 13<br>BANKRUPTCY NO. 23-00142-13 |

## **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

Terry Lehrman ("Lehrman"), pursuant to Federal Rule of Bankruptcy Procedure 3015(f) and 11 USC §§ 1322 and 1325, in objection to the confirmation of the Chapter 13 Plan ("Plan") filed on February 23, 2023 at Docket # 15, states as follows:

1. Lehrman joins in the Objection to the Plan filed by the Trustee in the above captioned matter on April 14, 2023, Docket # 35.

2. Lehrman further objects to the Plan in that the value of the property proposed to be distributed under the Plan for non-priority unsecured claims is $4,388.90 (1% of the estimated claims; however, more accurately, it is even less than 1% of Lehrman's Claim alone which is $487,818.68 (Lehrman Proof of Claim, Claims Register # 7)). This is less than the amount that would be paid on unsecured claims if the estate of the Debtors were liquidated under a Chapter 7 bankruptcy, and, as such is in violation of 11 USC § 1325(4) as the Plan indicates that the amount of the Debtors' liquidated estate would be $909,500.00. (Docket No.15, p.3 (Part 5.1)). The Plan wholly fails to meet the best interest of the creditors test.

3. Lehrman further objects to the Plan as the Debtors have not filed the Plan in good faith in accordance with 11 USC § 1325(3) and (7) in the following respects:

    a. Debtors' Schedule A/B is unsupported and lacks any evidence or support for the claimed fair market value of assets and/or asset ownership, etc.

b. Debtors' Schedule A/B (Docket # 21, p. 3) claims no retirement or pension accounts under Part 4(21) yet Schedule I (Docket # 27, p. 2), as well as well as Debtors' Statement of Current Monthly Income and Calculation of Commitment Period (Docket # 31, p. 2), shows Pension or Retirement Income and payments for Debtor Jodie Uthe.

c. Debtors' Schedule A/B (Docket # 21, p. 4), Part 4(31), and Schedule C, (Docket # 22, p.2), Part 2, do not state the beneficiary(ies) of the Globe Life Insurance Policy allowing for determination of whether same is exempt under Iowa Code section 627.6.

d. Debtors' Schedule A/B (Docket # 21, p. 5), Part 5, does not include Debtor Thomas E. Uthe's fifty percent (50%) ownership/shareholder interest in Uthe Farms, Inc.

e. Debtors' Schedule A/B (Docket # 21, p. 5), Part 6(51), does not provide an address or legal description for the Real Estate and Debtors fail to list same in Part 1 of Schedule A/B or indicate whether the Real Estate in Part 6 is included with or part of the 23091 510th Lane, Chariton IA 50049 Property making it impossible to determine whether the stated value is fair. Debtors also fail to state the nature or percentage of the interest held in the Real Estate (as well as the machinery and equipment) listed in Part 6 (i.e. is it held jointly by the Debtors, individually, other owners, owned by Uthe Farms, Inc., etc.)

f. Debtors' Schedule C (Docket # 22) total of Lehrman Debt/Claim is incorrect and total amount of unsecured debt listed is less than actual

amount of Lehrman Debt/Claim ($487,818.68 – *see* Proof of Claim, Claims Register # 7), alone.

g. Debtors' Schedule H (Docket # 26, p. 1) fails to include codebtors Uthe Farms, Inc. and Thomas J. Uthe.

WHEREFORE, Terry Lehrman respectfully requests that the Court not confirm Debtor's Plan.

> Respectfully submitted,
>
> BRICK GENTRY, P.C.
>
> By:  */s/ Allison M. Steuterman*
> Allison M. Steuterman AT0007558
> 6701 Westown Parkway, Suite 100
> West Des Moines, IA  50266
> Telephone: (515) 274-1450
> Facsimile:  (515) 274-1488
> Email:  allison.steuterman@brickgentrylaw.com
>
> ATTORNEY FOR TERRY LEHRMAN

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, a copy of the foregoing pleading was electronically filed with the Clerk of Court.  All parties of record registered with the EDMS filing system will receive notification of such filing through EDMS.  Parties of record not registered with the EDMS filing system will be provided notification of this filing by U.S. Mail.

> By:  */s/ Allison M. Steuterman*